In the Matter of the Application of WILLIAM H. SEAICH, Respondent, for the Appointment of Three Persons to Appraise the Value of the Petitioner's Stock of the Yellow Taxicab Company, a Corporation Merged into the MASON-SEAMAN TRANSPORTATION COMPANY, Appellant.

*Matter of Seaich*, 170 App. Div. 686, affirmed.
(Argued November 21, 1916; decided December 5, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 4, 1916, which modified and affirmed as modified an order of Special Term confirming the report of appraisers in a proceeding brought under sections 7 and 8 of the Business Corporations Law providing for the consolidation of corporations. The Yellow Taxicab Company and the Mason-Seaman Transportation Company on March 7, 1914, entered into an agreement of consolidation, which was authorized and approved by all the stockholders of both companies, except the petitioner herein, who owned about two per cent of the preferred stock and one and six-tenths per cent of the common stock of the Yellow Taxicab Company. Under section 8 of the Business Corporations Law the petitioner applied to the court for the appointment of appraisers to appraise the value of his stock.

*Henry B. Twombly* for appellant.

*T. Ludlow Chrystie* and *William J. Moran* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Absent: HOGAN, J.